# United States District Court
# Central District of California

| | |
|---|---|
| SANG HO MARTIN KIM,<br><br>               Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. et al.,<br><br>               Defendants. | Case No. 2:19-cv-02353-ODW (JEM)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH RULE 26(f)** |

A Scheduling Conference in this action is set for June 10, 2019. As required by the Federal Rules of Civil Procedure, the parties are required to submit a Joint Rule 26(f) Report no later than 7 days prior to the Scheduling Conference. Thus, a Joint Rule 26(f) Report was due Monday, June 3, 2019. To date, no report has been filed by the parties.

Accordingly, the Scheduling Conference is **CONTINUED** to **June 24, 2019 at 1:30 p.m.**. The Court **ORDERS** the parties **TO SHOW CAUSE in writing no later than Monday, June 10, 2019,** why they have failed to timely comply with the Federal Rules of Civil Procedure and this Court's Order. The Court will discharge this Order and vacate the Scheduling Conference upon the filing of a satisfactory Rule 26(f) Report. Failure to respond to this Order may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

June 4, 2019

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**